UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ROBERT G. WALLACE TRUST<br><br>JANEILLE LITTON, Trustee of the ROBERT G. WALLACE TRUST,<br><br>           Petitioner,<br><br>     v.<br><br>BENSON L. SCHAUB, Managing Trustee of the ROBERT G. and GLORIA R. WALLACE FAMILY FOUNDATION, a Qualified Charitable Remainder Unitrust; BENSON L SCHAUB, as President, Trustee or Controlling Owner of THE AMERICAN FOUNDATION FOR CHARITABLE SUPPORT, INC.; THE INTERSTATE COMMUNITY FOUNDATION; THE USA FOUNDATION; and FOUNDATION PLANNERS OF AMERICA and ROES 1 through 10 inclusive,<br><br>           Respondents. | 2:14-cv-00600-GEB-DAD<br><br>ORDER GRANTING LEAVE TO FILE SUPPLEMENTAL BRIEFS; AND CONTINUING HEARING |

In connection with consideration of Defendants' pending motion to dismiss (ECF No. 8), the following issue is raised *sua sponte*: whether this case should be remanded to the state court from which it was removed since Plaintiff's "Petition" for determination of the "Entitlement to Estate Distribution and for

1

Instructions" fails to contain a sufficient factual allegation that Plaintiff has standing to sue Defendants as required by Article III of the United States Constitution.

The parties are each granted leave to address this issue in a brief no longer than five (5) pages that shall be filed no later than 11:59 p.m. on Thursday, May 22, 2014. Each party may file a responsive brief no longer than five (5) pages by 11:59 p.m. on Thursday, May 29, 2014. The hearing scheduled for Monday, May 19, 2014, is continued to commence at 9:00 a.m. on Monday, June 16, 2014.

Dated:  May 16, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge